Eastern Dist.
*June, 1827.*

MARTEL &
AL.
*vs.*
TUREAUD's
EST.

*Seghers* for the plaintiff, *Moreau* for the defendants.

---

## BRADFORD vs. SKILLMAN,

APPEAL from the court of the third district.

MARTIN, J. delivered the opinion of the court. The plaintiff was surety on a twelve month's bond, on a sale on a *fi. fa.* in a suit where the present defendant was plaintiff: an execution issued on the bond, and he prayed an injunction, which was finally dissolved, and he appealed.

The surety
or a 12 months
bond cannot
be discharged
from respon-
sibility on the
ground that
the law is un-
constitutional,
in virtue of
which the
bond was giv-
en.

His counsel has built all his hopes of success on what he terms the unconstitutionality of the act which directs in certain cases, the sale of

Eastern Dist.
June, 1827.

BRADFORD
vs
SKILLMAN

property sold on execution at a credit of twelve months.

The debt was created since the passage of the law. The plaintiff willingly became the bondsman of a willing purchaser, and executed a bond, in the nature of a recognizance, on which he knew execution would issue *de plano.* It appears to us he cannot complain, *volenti non fit injuria.*

It is therefore ordered, adjudged and decreed, that the judgment be affirmed with costs.

*Wall & Lobdell* for the plaintiff, *Whittelsey* for the defendant.